# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

**KENOSHA BUILDING & CONSTRUCTION TRADES
HEALTH FUND, KENOSHA LABORERS LOCAL 237
PENSION FUND, KENOSHA LABORERS LOCAL 237
VACATION FUND, and STEVE REIMER,**

      **Plaintiffs,**

  vs.                                        **Case No. 05-C-1060**

**LENCOLE CONCRETE, LLC,**

      **Defendant.**

___

## ORDER FOR JUDGMENT
___

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Lencole Concrete, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Lencole Concrete, LLC. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiffs funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the plaintiffs in the sum of $50,210.32.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Kenosha Building & Construction Trades Health Fund, Kenosha Laborers Local 237 Pension Fund, Kenosha Laborers Local 237 Vacation Fund, and Steve Reimer, and against defendant Lencole Concrete, LLC in the amount of $50,210.32 together with interest at the rate allowed by law.

Dated this 14th day of November, 2005.

BY THE COURT

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge