## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**KENOSHA BUILDING & CONSTRUCTION TRADES HEALTH FUND, KENOSHA LABORERS LOCAL 237 PENSION FUND, KENOSHA LABORERS LOCAL 237 VACATION FUND, and STEVE REIMER,**

      Plaintiffs,

 vs.                                    Case No. 05-C-1060

**LENCOLE CONCRETE, LLC,**

      Defendant.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs, Kenosha Building & Construction Trades Health Fund, Kenosha Laborers Local 237 Pension Fund, Kenosha Laborers Local 237 Vacation Fund, and Steve Reimer, recover from the defendant Lencole Concrete, LLC the sum of $50,210.32 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 14th day of November, 2005.

                                                Sofron B. Nedilsky
                                                Clerk of Court

                                                s/ Linda M. Zik
                                                Deputy Clerk

Approved as to form this 14th day of November, 2005.

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge